UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Andre Wadlington−Anthony
                          Plaintiff,
v.                                         Case No.: 1:19−cv−01690
                                           Honorable Robert W. Gettleman
Bonnie Nowakowski, et al.
                          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 30, 2026:

MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff's Motion To Reinstate [199] is granted in part. The court extends the dismissal without prejudice through 3/16/2026. If a motion to reinstate is not filed on or before 3/16/2026, the dismissal will automatically convert to with prejudice without further order of court. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.